Cir. Motions of Bell Arthur Water Corp. et al. and Cass Rural Water Users Inc. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–1694. NEW MEXICO TAXATION AND REVENUE DEPARTMENT *v.* CONOCO, INC., ET AL. Sup. Ct. N. M. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–8743. BENNEY *v.* SHAW INDUSTRIES, INC., ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 96–1707. TEXAS MANUFACTURED HOUSING ASSN., INC., ET AL. *v.* CITY OF NEDERLAND ET AL. C. A. 5th Cir. Motion of Manufactured Housing Institute for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–879. SOFFER *v.* BOARD OF TRUSTEES OF THE CITY UNIVERSITY OF NEW YORK ET AL., 519 U. S. 1112;

No. 96–7411. SMITH *v.* CHATER, COMMISSIONER OF SOCIAL SECURITY (two judgments), 520 U. S. 1171;

No. 96–7729. PARKER *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, ET AL., 520 U. S. 1171;

No. 96–7783. EDDMONDS *v.* WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS, 520 U. S. 1172;

No. 96–8047. JENKINS *v.* OAKLEY ET AL., 520 U. S. 1200;

No. 96–8096. MULTANI *v.* UNITED STATES ET AL., 520 U. S. 1214;

No. 96–8126. KENT *v.* HARVARD ET AL., 520 U. S. 1215;

No. 96–8152. PORTER *v.* UNITED STATES, 520 U. S. 1177;

No. 96–8153. SPEARS *v.* UNITED STATES, 520 U. S. 1178; and

No. 96–8438. PIZZO *v.* LOUISIANA, 520 U. S. 1218. Petitions for rehearing denied.

JUNE 24, 1997

No. 96–1652. ZOLLER *v.* NEW YORK LIFE INSURANCE CO. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari dismissed under this Court's Rule 46.2.